| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | AUSA: Susan E. Fairchild<br>Agent: William D. Misner | Telephone: (313) 226-9577<br>Telephone: (810) 989-5056 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
　v.

Nestor David HERNANDEZ-GARCIA, a/k/a Sergio Gamaliel REA, a/k/a Sergio GAMALIEL-REA

Case No.  2:25−mj−30669
Assigned To : Unassigned
Assign. Date : 10/28/2025
Description: CMP USA V. NESTOR HERNANDEZ−GARCIA (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 24, 2025__ in the county of __St. Clair__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_WSM_ (signed)
*Complainant's signature*

William D. Misner, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 28, 2025

*Elizabeth A. Stafford* (signed)
*Judge's signature*

City and state: Detroit, Michigan

Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

October 28, 2025

# AFFIDAVIT

I, William D. Misner, declare the following under penalty of perjury:

1.      I am a United States Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol.  I have been employed in this capacity since August 28, 2010.  Currently, I am assigned to the Marysville Border Patrol Station.  The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol agents and records checks of law enforcement databases.  I have also reviewed the official immigration file and system automated data relating to Nestor David HERNANDEZ-GARCIA, a/k/a Sergio Gamaliel REA, a/k/a Sergio GAMALIEL-REA, which attests the following:

2.      The information set forth below is for the limited purpose of establishing probable cause.  Therefore, this affidavit does not necessarily contain all the information collected during my investigation.

3.      Nestor David HERNANDEZ-GARCIA is a forty-eight-year-old native and citizen of Mexico, who last re-entered the United States at or near an unknown place, on or about an unknown date, without being admitted, inspected or paroled by an Immigration Officer.

4.      On or about September 17, 1999, HERNANDEZ-GARCIA was encountered by United States Border Patrol Agents near Trenton, Michigan after being arrested by Lincoln Park Police Department. Subject was issued a Notice to Appear and released on his own recognizance.  During this encounter HERNANDEZ-GARCIA used the name Nestor David HERNANDEZ-GARCIA, DOB: 12/XX/1976.

5.      On or about April 7, 2000, HERNANDEZ-GARCIA was ordered removed in absentia by an Immigration Judge.

6.      Immigration records indicate that on April 24, 2000, HERNANDEZ-GARCIA was removed to Mexico via airplane from Detroit, Michigan.

7.      On or about November 8, 2000, HERNANDEZ-GARCIA was encountered by Border Patrol agents near Shelby, Michigan.  During this encounter HERNANDEZ-GARCIA fled from agents.  He was found shortly after by Shelby Police Department and transferred into Border Patrol custody.  HERNANDEZ-

GARCIA was processed for a Voluntary Return to Mexico. After Detroit Deportations located HERNANDEZ-GARCIA's file, he was verified to be a Bag and Baggage. A "Bag and Baggage" return follows a formal notice sent by the U.S. government to an individual ordered deported, instructing them to report to a designated location with their belongings on a specific date for removal from the country. Prior to Agents learning HERNANDEZ-GARCIA was a Bag and Baggage, he signed for a voluntary return to Mexico.

8.  On or about January 2, 2003, HERNANDEZ-GARCIA was encountered by U.S. Border Patrol at the Detroit Police Department after he was stopped for a traffic violation. During this encounter HERNANDEZ-GARCIA used the name Sergio GAMALIEL-REA, with a date of birth of 05/XX/1979. HERNANDEZ-GARCIA was again granted a Voluntary Return in error and was returned to Mexico on January 7, 2003, via a JPATS flight from Detroit, Michigan through the Hidalgo, Texas port of entry.

9.  On or about November 27, 2018, HERNANDEZ-GARCIA was encountered by Border Patrol agents near Dearborn, Michigan. HERNANDEZ-GARCIA's prior order of removal from April 7, 2000, was reinstated.

10. On or about December 4, 2018, HERNANDEZ-GARCIA was removed from the United States to Mexico via the Brownsville, Texas port of entry.

11. On or about December 12, 2019, HERNANDEZ-GARCIA was encountered by the Michigan State Police- Metro North Post and arrested for Operating While License Expired/Revoked/Denied. During this encounter HERNANDEZ-GARCIA used the name Sergio Gamaliel REA.

12. On or about October 26, 2020, HERNANDEZ-GARCIA was convicted in the 42-2 District Court, Michigan, for operating without license in immediate possession/fail to display license upon demand of the police. He was sentenced to pay fines and costs.

13. On or about October 23, 2025, agents from the Marysville Border Patrol Disrupt Unit obtained information that several males, who were possible Mexican nationals, were doing concrete work in Marysville, MI. HERNANDEZ-GARCIA was identified as one of the site workers. Through investigation it was learned that HERNANDEZ-GARCIA had a prior order of removal and did not have legal status in the United States. Agents also believed that HERNANDEZ-GARCIA was

driving a blue Ford Flex vehicle, based upon it being registered to a person who has direct ties to HERNANDEZ-GARCIA.

14. Upon arriving at the work site location on October 24, 2025, agents positively identified HERNANDEZ-GARCIA by comparing photographs obtained during their investigation. Agents also observed the blue Ford Flex vehicle at the work site and saw HERNANDEZ-GARCIA near the car.

15. Agents observed HERNANDEZ-GARCIA leave the work site and travel to a nearby liquor store. Agents followed HERNANDEZ-GARCIA into the store and watched as he exited. Agents then identified themselves as Border Patrol agents with badges clearly visible and asked to speak to him. HERNANDEZ-GARCIA identified himself as Sergio GAMALIEL-REA. Agents then asked him if he ever used the name HERNANDEZ-GARCIA, to which he responded "yes". HERNANDEZ-GARCIA freely admitted he is a citizen and national of Mexico, who illegally entered the United States and had no documents to allow him to be in or remain in the United States.

16. After agents advised HERNANDEZ-GARCIA that he was under arrest, and attempted to put him in handcuffs, HERNANDEZ-GARCIA actively resisted and additional agents were called to the scene.  HERNANDEZ-GARCIA was then transported to the Marysville Border Patrol station for processing.

17. HERNANDEZ-GARCIA's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS).  The results revealed that HERNANDEZ-GARCIA is a citizen of Mexico with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that HERNANDEZ-GARCIA legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

18. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

19. Review of the alien file (A# xxx xxx 804) for HERNANDEZ-GARCIA, a/k/a Sergio Gamaliel REA, a/k/a Sergio GAMALIEL-REA, and queries in U.S. Border Patrol computer databases confirm no record exists of HERNANDEZ-GARCIA obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States following his last departure on December 4, 2018.

20. Based on the above information, I believe there is probable cause to conclude that Nestor David HERNANDEZ-GARCIA, a/k/a Sergio Gamaliel REA, a/k/a Sergio GAMALIEL-REA, is an alien from Mexico, who was found in the United States after being previously removed, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8 U.S.C. § 1326(a).

_____
William D. Misner, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Elizabeth A. Stafford
United States Magistrate Judge